```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
PETER WENGRYN et al.,                                        :
                                                             :
                          Plaintiffs,                        :
                                                             :
            -v-                                              :       13-cv-4556 (KBF)
                                                             :
AMERICAN BUSINESS CONSULTANT                                 :       ORDER
GROUP HOLDING, LLC et al.,                                   :
                                                             :
                          Defendants.                        :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 19, 2015

KATHERINE B. FORREST, District Judge:

The Court hereby vacates its order granting summary judgment (ECF No. 107) solely as to defendant Dennis Lee. The Court will entertain a short motion for summary judgment (briefs of 10 pages or less) as to claims against Mr. Lee, (which must reference the facts supporting liability as to him), based on record citations already contained in record submissions already before the Court. Plaintiffs' opening brief shall be submitted not later than July 3, 2015; Lee's opposition is due not later than July 17, 2015; and plaintiffs' reply is due not later than July 24,

2015.[1]

     SO ORDERED.

Dated:     New York, New York
              June 19, 2015

                                      KATHERINE B. FORREST
                                      United States District Judge

---

[1] While the Court does not disagree that Lee's motion for reconsideration is untimely, it is nevertheless more concerned with ensuring that the judgment in this action is correct. If there are sufficient facts for this Court to determine that Lee is liable to plaintiffs, the Court will enter judgment against him; and if there are not, the Court should not have entered judgment against him in the first place.