UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x

PETER WENGRYN, LAILA SAYAD, and
GERRY LOUW,

    Plaintiffs

-v-

AMERICAN BUSINESS CONSULTANT
GROUP HOLDING, LLC, J. MICHAEL
KAFES, DENNIS LEE, and PROVISION
CONSULTANTS CORPORATION, DBA
PROVISION CORPORATION, LLC

    Defendants.
---------------------------------- x

Docket No.: 13-CV-4556 (KBF)

**Notice of Appeal to the
United States Court of Appeals for the
Second Circuit**

Notice is hereby given that Defendants American Business Consultant Group Holding, LLC ("ABC Group") and Provision Corporation, LLC ("Provision") hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the United States District Court, Southern District of New York, by The Honorable Katherine B. Forrest, entered on June 8, 2015, granting summary judgment as against ABC Group and Provision in favor of Plaintiff on Count Six of the Second Amended Complaint and in favor of Plaintiff on Defendants' counterclaims.

Dated: July 8, 2015

                                                  Respectfully,

                                                /s/ Eric M. Creizman
                                                Eric M. Creizman (EC-7684)
                                                Creizman PLLC
                                                565 Fifth Avenue, Fl. 7
                                                New York, New York 10017

                                                P: (212) 972-0200
                                                F: (646) 200-5022
                                                E: ecreiz@creizmanllc.com
                                                *Attorneys for Defendants*
                                                *ABC Group and Provision*