```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
PETER WENGRYN et al.,                                        :
                                                             :
                              Plaintiffs,                    :
                                                             :
                   -v-                                       :     13-cv-4556 (KBF)
                                                             :
AMERICAN BUSINESS CONSULTANT                                 :         ORDER
GROUP HOLDING, LLC et al.,                                   :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: July 17, 2015

KATHERINE B. FORREST, District Judge:

As plaintiff did not move for summary judgment against defendant Lee by the July 3, 2015 deadline (see ECF No. 113), this action is still live as to him. The case will proceed according to the following schedule:

1. A status conference is scheduled for **Tuesday, July 28, 2015** at **12:30 p.m.**

2. Pretrial materials, including the Joint Pretrial Order ("JPTO"), are due **September 4, 2015**.

3. The Final Pretrial Conference ("FPTC") is set for **Wednesday, September 9, 2015** at **1:00 p.m.**

    a. Motions in limine are due <u>two weeks</u> before FPTC; oppositions are due one week later. <u>Daubert</u> motions are due <u>four weeks</u> before FPTC; oppositions are due two weeks later. (No replies.)

4. Trial in this matter shall commence on **September 14, 2015**. Trial is anticipated to take one week.

SO ORDERED.

Dated:      New York, New York
            July 17, 2015

                                        KATHERINE B. FORREST
                                        United States District Judge